No. 733. The People, Plaintiff and Appellant, v. Fajardo, Defendant and Respondent.—Appeal from the District Court of Mayagüez in a prosecution for violation of the Internal Revenue Law. Motion by appellant for leave to withdraw the appeal. Decided November 12, 1914. Motion sustained. *Mr. Salvador Mestre, fiscal,* for The People. The respondent did not appear.

No. 134. Hernández, Petitioner, v. Foote, District Judge, Respondent.—Application for a writ of *certiorari* to the Judge of the District Court of Mayagüez. Decided November 16, 1914. Application denied. The petitioner appeared by brief *pro se.* The respondent did not appear.

No. 732. The People, Plaintiff and Appellant, v. Fajardo, Defendant and Respondent.—Appeal from the District Court of Mayagüez in a prosecution for violation of the Internal Revenue Law. Motion by respondent to dismiss the appeal, to join the two appeals Nos. 732 and 733 and to suspend the hearing on this case. Decided November 17, 1914. Motion overruled in all its parts except as regards the dismissal of the appeal, as to which the court reserves decision until the final decision of the case. *Messrs. Robert Szold* and *Salvador Mestre, fiscal,* for the appellant. *Messrs. Willis Sweet* and *Benjamin J. Horton* for the accused.

No. 723. The People, Plaintiff and Respondent, v. Benítez et al., Defendants and Appellants.—Appeal from the District Court of Humacao in a prosecution for violation of section 85 of the Penal Code. Motion by appellants to correct the record. Decided November 18, 1914. Motion overruled